IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANICE SCOTT,                              )<br>                                                        )<br>    Plaintiff,                              )<br>                                                        )<br>vs.                                             )<br>                                                        )<br>THE CHARTER OAK FIRE          )<br>INSURANCE COMPANY,           )<br>                                                        )<br>    Defendant.                            ) | CIVIL ACTION FILE NO.:<br><u>1:20-cv-4420-TWT</u> |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a copy of ***Defendant's Notice of Deposition of Bruce Fredrics*** on Plaintiff's counsel by placing copy of same in the United States Mail, first claim and properly addressed as well as an electronic copy.

In addition, I certify that on this day I have filed this Rule 5.4 Certificate of Service for the above-referenced documents using this Court's CM/ECF electronic filing system, which will automatically distribute a copy of the within and foregoing to opposing counsel at:

**Alexander Gray Hait**
**North Metro Litigators**
**185 Stockwood Drive, Suite 100**

1

Woodstock, GA 30188

**Ralph J. Villani**
**Villani Law Firm**
**821 Dawsonville Hwy**
**Suite 250-333**
**Gainesville, GA 30501-2634**

This 13th day of May, 2021.

                                                             DREW ECKL & FARNHAM, LLP

                                                             */s/ Karen K. Karabinos*
                                                             Georgia Bar No. 423906

                                                            */s/ Mary Alice Jasperse*
                                                            Georgia Bar No. 971077

                                                            Counsel for Charter Oak

303 Peachtree Street NE
Suite 3500
Atlanta, Georgia 30308
404/885-1400
404/876-0992

Counsel for Defendant Charter Oak certify that this pleading complies with Local Rule 5.1.  The type is Times New Roman, 14 point.