IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANICE SCOTT, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>THE CHARTER OAK FIRE )<br>INSURANCE COMPANY, )<br>)<br>  Defendant. ) | CIVIL ACTION FILE NO.:<br>**1:20-cv-4420-TWT** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a copy of *Defendant's Amended Notice of Deposition of Bruce Fredrics* on Plaintiff's counsel by placing copy of same in the United States Mail, first claim and properly addressed as well as an electronic copy.

In addition, I certify that on this day I have filed this Rule 5.4 Certificate of Service for the above-referenced documents using this Court's CM/ECF electronic filing system, which will automatically distribute a copy of the within and foregoing to opposing counsel at:

**Alexander Gray Hait**
**North Metro Litigators**
**185 Stockwood Drive, Suite 100**

1

Woodstock, GA 30188

**Ralph J. Villani**
**Villani Law Firm**
**821 Dawsonville Hwy**
**Suite 250-333**
**Gainesville, GA 30501-2634**

This 4th day of June, 2021.

                                      DREW ECKL & FARNHAM, LLP

                                      */s/ Karen K. Karabinos*
                                      Georgia Bar No. 423906

                                      */s/ Mary Alice Jasperse*
                                      Georgia Bar No. 971077

                                      Counsel for Charter Oak

303 Peachtree Street NE
Suite 3500
Atlanta, Georgia 30308
404/885-1400
404/876-0992

Counsel for Defendant Charter Oak certify that this pleading complies with Local Rule 5.1. The type is Times New Roman, 14 point.