**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **JANICE SCOTT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION FILE NO.:** |
| ) | **1:20-cv-4420-TWT** |
| **THE CHARTER OAK FIRE** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a copy of ***Defendant's Second Amended Notice of Deposition of Bruce Fredrics*** on Plaintiff's counsel by placing copy of same in the United States Mail, first claim and properly addressed as well as an electronic copy.

In addition, I certify that on this day I have filed this Rule 5.4 Certificate of Service for the above-referenced documents using this Court's CM/ECF electronic filing system, which will automatically distribute a copy of the within and foregoing to opposing counsel at:

**Alexander Gray Hait
North Metro Litigators
185 Stockwood Drive, Suite 100**

1

Woodstock, GA 30188

**Ralph J. Villani**
**Villani Law Firm**
**821 Dawsonville Hwy**
**Suite 250-333**
**Gainesville, GA 30501-2634**

This 22nd day of July, 2021.

             Drew Eckl & Farnham, LLP

             */s/ Karen K. Karabinos*
             Georgia Bar No. 423906

             */s/ Mary Alice Jasperse*
             Georgia Bar No. 971077

303 Peachtree Street NE      *Counsel for Charter Oak*
Suite 3500
Atlanta, Georgia 30308
404/885-1400
404/876-0992
karabinosk@deflaw.com
jaspersem@deflaw.com


Counsel for Defendant Charter Oak certify that this pleading complies with Local Rule 5.1.  The type is Times New Roman, 14 point.