IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANICE SCOTT,               ) | |
| )                            | |
| Plaintiff,                  ) | |
| )                            | |
| vs.                         ) | CIVIL ACTION FILE NO.: |
| )                            | <u>1:20-cv-4420-TWT</u> |
| THE CHARTER OAK FIRE        ) | |
| INSURANCE COMPANY,          ) | |
| )                            | |
| Defendant.                   | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a copy of ***Defendant's Third Amended Notice of Deposition of Bruce Fredrics*** on Plaintiff's counsel by placing copy of same in the United States Mail, first claim and properly addressed as well as an electronic copy.

In addition, I certify that on this day I have filed this Rule 5.4 Certificate of Service for the above-referenced documents using this Court's CM/ECF electronic filing system, which will automatically distribute a copy of the within and foregoing to opposing counsel at:

**Alexander Gray Hait**
**North Metro Litigators**
**185 Stockwood Drive, Suite 100**

1

**Woodstock, GA 30188**

**Ralph J. Villani**
**Villani Law Firm**
**821 Dawsonville Hwy**
**Suite 250-333**
**Gainesville, GA 30501-2634**

This 5th day of August, 2021.

                Drew Eckl & Farnham, LLP

                /s/ *Karen K. Karabinos*
                Georgia Bar No. 423906

                /s/ *Mary Alice Jasperse*
                Georgia Bar No. 971077

303 Peachtree Street NE       *Counsel for Charter Oak*
Suite 3500
Atlanta, Georgia 30308
404/885-1400
404/876-0992
karabinosk@deflaw.com
jaspersem@deflaw.com

Counsel for Defendant Charter Oak certify that this pleading complies with Local Rule 5.1.  The type is Times New Roman, 14 point.