IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANICE SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE NO.: |
| ) | **1:20-cv-4420-TWT** |
| THE CHARTER OAK FIRE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, The Charter Oak Fire Insurance Company ("Charter Oak"), and pursuant to Rule 56 of the Federal Rules of Civil Procedures and files this Motion for Summary Judgment requesting this Court grant judgment in its favor on the grounds that no genuine issues of material fact remain regarding Counts I and V of Plaintiff's Complaint, which are the only Counts that remain in this case.

This Motion is based on the following:

(1)  All pleadings, discovery papers and evidentiary materials filed with the Court of Court, and therefore properly before the Court at the time of its consideration of this Motion;

(2) Statement of Material Facts as to Which There Exists No Genuine Issue to be Tried (pursuant to Rule 56 of the Federal Rule of Civil Procedure) filed contemporaneously herewith;

(4) Memorandum in Support filed contemporaneously herewith;

(5) Exhibit A – Transcript of Deposition of Janice Scott and Exhibit 1, P. 1 and Exhibit 2 attached thereto;

(8) Exhibit B – Affidavit of Craig Hite;

(10) Exhibit C – Affidavit of Jeffrey Teitelbaum and Exhibits attached thereto; and

(11) Exhibit D – Affidavit of Michael Cannon and Exhibit attached thereto.

Respectfully submitted this 27th day of October, 2021.

DREW ECKL & FARNHAM, LLP

/s/ Karen K. Karabinos
Karen K. Karabinos
Georgia Bar No. 423906

/s/ Mary Alice L. Jasperse
Mary Alice L. Jasperse
Georgia Bar No. 971077

303 Peachtree Street, NE
Suite 3500

*Counsel for Charter Oak*

Atlanta, GA 30308
Phone: (404) 885-1400
Fax: (404) 876-0992
karabinosk@deflaw.com
jaspersem@deflaw.com

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a copy of **DEFENDANT THE CHARTER OAK INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** on Plaintiff, by filing it electronically with the Clerk of Court which will send notification of such filing to the below registered counsel electronically:

| | |
|---|---|
| **Alexander Gray Hait** | **Ralph J. Villani** |
| **North Metro Litigators** | **Villani Law Firm** |
| **185 Stockwood Drive, Suite 100** | **821 Dawsonville Hwy, Suite 250-333** |
| **Woodstock, GA 30188** | **Gainesville, GA 30501-2634** |

This 27th day of October 2021.

DREW, ECKL & FARNHAM, LLP

*/s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906
kkarabinos@deflaw.com

*/s/ Mary Alice L. Jasperse*
Mary Alice L. Jasperse
Georgia Bar No. 971077

303 Peachtree Street NE
Suite 3500
Atlanta, GA 30308
Phone: (404) 885-1400
Fax: (404) 876-0992

*Counsel for Charter Oak*