IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANICE SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION FILE NO.: |
| | ) | **1:20-cv-4420-TWT** |
| THE CHARTER OAK FIRE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO STRIKE
RULE 1746 DECLARATION OF BRUCE FREDRICS [Doc. 63-5]**

COMES NOW, The Charter Oak Fire Insurance Company ("Charter Oak"), Defendant in the above-styled action, and pursuant to Federal Rules of Evidence 701 and 702, Rule 26(a)(2) of the Federal Rules of Civil Procedure and Local Rule 26.2(c), files this Motion to Strike Rule 1746 Declaration of Bruce Fredrics [Doc. 63-5] filed by Plaintiff in opposition to Charter Oak's Motion for Summary Judgment. [Doc. 56].

The grounds supporting this Motion are more specifically set forth in the Memorandum in Support, filed contemporaneously herewith. This Motion is based upon all pleadings on record, including the exhibits filed by all parties in

1

connection with Charter Oak's Motion for Summary Judgement previously filed with this Court.

Wherefore, Charter Oak respectfully requests that this Court grant its Motion to Strike.

Respectfully submitted this 13th day of January, 2022.

                                                                                                                                           DREW, ECKL & FARNHAM, LLP

                                                                                                                                           */s/ Karen K. Karabinos*
                                                                                                                                          Karen K. Karabinos
                                                                                                                                        Georgia Bar No. 423906
                                                                                                                                        kkarabinos@deflaw.com

                                                                                              */s/ Mary Alice L. Jasperse*
                                                                                             Mary Alice L. Jasperse
                                                                                             Georgia Bar No. 971077
                                                                                             jaspersem@deflaw.com

303 Peachtree Street NE
Suite 3500                                                              *Counsel for Charter Oak*
Atlanta, GA  30308
Phone: (404) 885-1400
Fax: (404) 876-0992

Counsel for Defendant certifies that this pleading complies with Local Rule 5.1. The type is Times New Roman, 14 point.

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a copy of **DEFENDANT'S MOTION TO STRIKE RULE 1746 DECLARATION OF BRUCE FREDRICS [Doc. 63-5]** on Plaintiff, by filing it electronically with the Clerk of Court which will send automatic notification of such filing to the below registered counsel electronically:

| | |
|---|---|
| Alexander Gray Hait<br>North Metro Litigators<br>185 Stockwood Drive, Suite 100<br>Woodstock, GA 30188 | Ralph J. Villani<br>Villani Law Firm<br>821 Dawsonville Hwy, Suite 250-333<br>Gainesville, GA 30501-2634 |

This 13th day of January, 2022.

DREW, ECKL & FARNHAM, LLP

*/s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906
kkarabinos@deflaw.com

*/s/ Mary Alice L. Jasperse*
Mary Alice L. Jasperse
Georgia Bar No. 971077
jaspersem@deflaw.com

*Counsel for Charter Oak*

303 Peachtree Street NE
Suite 3500
Atlanta, GA 30308
Phone: (404) 885-1400
Fax: (404) 876-0992